UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

OTAKORP, INC.

    Plaintiff,

vs.

OTAKUCON, LLC, OTAKUCON, INC.,
D20, INC. and MARK SQUILLANTE,

    Defendants.

04-22634 

CIV-HOEVELER

## SUMMONS IN A CIVIL CASE

TO:   Mark Squillante - Registered Agent
      Otakucon, LLC
      10300 SW 72nd Street, Suite 420
      Miami, Florida  33173-3021

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon: PLAINTIFF'S ATTORNEY (name and address)

**Jeffrey B. Shapiro, Esq.
ARNSTEIN & LEHR LLP
201 South Biscayne Boulevard
Miami Center, Suite 400
Miami, Florida 33131
(305) 374-3330**

an answer to the Complaint (a copy of the Complaint is also enclosed) which is herewith served upon you **within 20 days** after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Clarence Maddox                          OCT 2 0 2004
CLERK                                    DATE

BY DEPUTY CLERK