UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

OTAKORP, INC.

　　　　　　Plaintiff,

vs.

OTAKUCON, LLC, OTAKUCON, INC.,
D20, INC. and MARK SQUILLANTE,

　　　　　　Defendants.

04-22634

CIV-HOEVELER

 KLEIN

**SUMMONS IN A CIVIL CASE**

TO: Mark Squillante
　　10300 SW 72nd Street, Suite 420
　　Miami, Florida  33173-3021

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon: PLAINTIFF'S ATTORNEY (name and address)

Jeffrey B. Shapiro, Esq.
**ARNSTEIN & LEHR LLP**
**201 South Biscayne Boulevard**
**Miami Center, Suite 400**
**Miami, Florida 33131**
**(305) 374-3330**

an answer to the Complaint (a copy of the Complaint is also enclosed) which is herewith served upon you **within 20 days** after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Clarence Maddox                           OCT 2 0 2004
CLERK                                     DATE

BY DEPUTY CLERK