# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of FLORIDA

Case Number: 04-22634 CIV-HOEVELE

Plaintiff:
**OTAKORP INC,**

vs.

Defendant:
**OTAKUCON, LLC, OTAKUCON, INC, D20, INC AND MARK SQUILLANTE,**

For:
Jeffrey B. Shapiro
ARNSTEIN & LEHR
201 South Biscayne Blvd
Suite 400
Miami, FL 33131

Received by Gissen & Zawyer Process Service, Inc. to be served on **MARK SQUILLANTE-REGISTERED AGENT-OTAKUCON INC, 10300 SW 72 STREET, SUITE 410, MIAMI, FL 33173-3021**.

I, Sean Zawyer #1198, being duly sworn, depose and say that on the **20th day of October, 2004** at **12:00 pm**, I:

SERVED the within named **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT IN A CIVIL CASE** with the date and hour of service endorsed thereon by me to DIANE ESCALANTE as AUTHORIZED AGENT of the within named corporation, in compliance with state statutes.

I am over the age of 18 and have no interest in the above action.

Sean Zawyer #1198
#1198

Gissen & Zawyer Process Service, Inc.
3550 Biscayne Blvd
Suite 205
Miami, FL  33137
(305) 375-0033
Our Job Serial Number: 2004011566

Subscribed and Sworn to before me on the 22nd day of October, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

OHELLE MARTINEZ
MY COMMISSION #DD223465
EXPIRES: JUN 16, 2007
Bonded through Advantage Notary

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

OTAKORP, INC.

   Plaintiff,

vs.

OTAKUCON, LLC, OTAKUCON, INC.,
D20, INC. and MARK SQUILLANTE,

   Defendants.

**04-22634**

**CIV-HOEVELER**

## SUMMONS IN A CIVIL CASE



TO: Mark Squillante - Registered Agent
   Otakucon, Inc.
   10300 SW 72nd Street, Suite 420
   Miami, Florida 33173-3021

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon: PLAINTIFF'S ATTORNEY (name and address)

**Jeffrey B. Shapiro, Esq.**
**ARNSTEIN & LEHR LLP**
**201 South Biscayne Boulevard**
**Miami Center, Suite 400**
**Miami, Florida 33131**
**(305) 374-3330**

an answer to the Complaint (a copy of the Complaint is also enclosed) which is herewith served upon you **within 20 days** after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

**Clarence Maddox**           **OCT 2 0 2004**

CLERK                 DATE

BY DEPUTY CLERK

## IMPORTANTE

Usted ha sido demandado legalmente. Existen requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Defendant/Third Party Plaintiff's Attorney." (Demandate o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaries onto ete entreprises contre vous. Il y a obligations juridiques et vous pouvez requerir le services immediats d'un avocat. Si vous ne connaissez pas de'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assitance juridique (figurant a l'annuaire de telephone).

Si vous choisissez de deposer vous-meme une reponse escite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse escrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

## EXPLANATION

The summons form for personal service on individuals is to be used for service on individuals under the following provisions: Florida Statutes 48.031 (service of process generally), 48.041 (service of process on minors), 48.042 (service on incompetents), 48.051 (service on state prisoners), 48.103 (service of process in action for possession of residential premises), and 48.194 (personal service outside the state).

AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (*specify*): _____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____   _____
                Date                                    Signature of Server

                                                                               Address of Server

(1)      As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.