# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of FLORIDA

Case Number: 04-22634 CIV-HOEVELE

Plaintiff:
**OTAKORP INC,**

vs.

Defendant:
**OTAKUCON, LLC, OTAKUCON, INC, D20, INC AND MARK SQUILLANTE,**

For:
Jeffrey B. Shapiro
ARNSTEIN & LEHR
201 South Biscayne Blvd
Suite 400
Miami, FL  33131

Received by Gissen & Zawyer Process Service, Inc. to be served on **JASON R SQUILLANTE- REGISTERED AGENT, D20 INC, 10300 SW 72 STREET, SUITE 410, MIAMI, FL 33173-3021**.

I, Sean Zawyer #1198, being duly sworn, depose and say that on the **20th day of October, 2004** at **4:28 pm**, I:

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT IN A CIVIL CASE** with the date and hour of service endorsed thereon by me to JASON R SQUILLANTE as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Additional Information pertaining to this Service:**
THE CORRECT SUITE IS 427.

I am over the age of 18 and have no interest in the above action.

**Sean Zawyer #1198**
#1198

Subscribed and Sworn to before me on the 22nd day of October, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

MITCHELL MARTINEZ
MY COMMISSION #DD223465
EXPIRES: JUN 16, 2007
Bonded through Advantage Notary

**Gissen & Zawyer Process Service, Inc.**
3550 Biscayne Blvd
Suite 205
Miami, FL  33137
(305) 375-0033
Our Job Serial Number: 2004011565

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

| OTAKORP, INC. | : | **04-22634** |
| Plaintiff, | : | |
| vs. | : | |
| OTAKUCON, LLC, OTAKUCON, INC., D20, INC. and MARK SQUILLANTE, | : | **CIV-HOEVELER** |
| Defendants. | : | |

### SUMMONS IN A CIVIL CASE

**KLEIN**

TO:  Jason R. Squillante - Registered Agent
D20, Inc.
10300 SW 72nd Street, Suite 410
Miami, Florida 33173-3021

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon: PLAINTIFF'S ATTORNEY (name and address)

**Jeffrey B. Shapiro, Esq.
ARNSTEIN & LEHR LLP
201 South Biscayne Boulevard
Miami Center, Suite 400
Miami, Florida 33131
(305) 374-3330**

an answer to the Complaint (a copy of the Complaint is also enclosed) which is herewith served upon you **within 20 days** after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Clarence Maddox

CLERK

DATE

BY DEPUTY CLERK