UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 04-22634
HOEVELER/KLEIN

OTAKORP, INC.,

      Plaintiff,

v.

OTAKUCON, LLC, OTAKUCON, INC.,
D20, INC. and MARK SQUILLANTE,

      Defendants

_____/

## NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

Plaintiff, OTAKORP, INC. ("Otakorp"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby files its Notice of Voluntary Dismissal With Prejudice, with each party to bear its own attorney fees and costs.

JEFFREY B. SHAPIRO
Fla. Bar No. 484113
ARNSTEIN & LEHR LLP
Attorneys for Plaintiff
201 S. Biscayne Boulevard, Suite 400
Miami, Florida 33131
Telephone: (305) 374-3330
Facsimile: (305) 374-4744
jbshapiro@arnstein.com

68460

CIVIL ACTION NO. 04-22634
HOEVELER/KLEIN

Of Counsel:

NORMAN H. ZIVIN
JASON S. MARIN
COOPER & DUNHAM LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 278-0400
Facsimile: (212) 391-0525

Attorneys for Plaintiff
Otakorp, Inc.

2

CIVIL ACTION NO. 04-22634
HOEVELER/KLEIN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this **6**th

day of **December, 2004** to Teresa Gail Sosby, Esq., Rojas, Santos, Stokes & Garcia LLP, 220

Alhambra Circle, Suite 350, Coral Gables, Florida 33134.

JEFFREY B. SHAPIRO
Fla. Bar No. 484113
ARNSTEIN & LEHR LLP
Attorneys for Plaintiff
201 S. Biscayne Boulevard, Suite 400
Miami, Florida 33131
Telephone: (305) 374-3330
Facsimile: (305) 374-4744
jbshapiro@arnstein.com

68460

3