UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-CIV-22634-HOEVELER

OTAKORP, INC.,

     Plaintiff,

v.

OTAKUCON, LLC, OTAKUCON, INC.,
D20, INC. and MARK SQUILLANTE

     Defendants.

_____/



### ORDER OF DISMISSAL WITH PREJUDICE

     THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal

With Prejudice, filed on December 7, 2004.  The Court having reviewed the Notice

and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED

that the request is GRANTED.  This action is dismissed with prejudice, with each party to bear

its own attorney fees and costs.

     DONE AND ORDERED in Chambers in Miami this 8th day of December 2004.

                     _Wm M Hoeveler_

                   WILLIAM M. HOEVELER
                   UNITED STATES DISTRICT COURT JUDGE

Copies Furnished:
Jeffrey B. Shapiro, Esq.
Teresa Gail Sosby, Esq.